ALFREDO VARGAS *v.* ANDREW M. LABELLA ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 27763) is denied.

ROGERS, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

*Stuart Hawkins* and *Nathalie Feola-Guerrieri*, in opposition.

Decided June 5, 2007

BRIDGEPORT AVIATION *v.* TOWN OF STRATFORD

The defendant's petition for certification for appeal from the Appellate Court (AC 28460) is denied.

*Kevin C. Kelly* and *Carmine Perri*, in support of the petition.

*Michael S. Taylor*, in opposition.

Decided June 5, 2007

ANTHONY SANTOS *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STRATFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 644 (AC 27243), is denied.

*Ian A. Cole*, in support of the petition.

Decided June 13, 2007